UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY, a Wyoming corporation,<br><br>       Plaintiff,<br><br>       v.<br><br>J. TIM JACKSON and ROBERTA JACKSON, husband and wife; IBEX CONSTRUCTION, INC., a Washington corporation; STEVEN G. ANDERSON as personal representative of the ESTATE OF EDWARD K. DUMAW, on behalf of the Estate and surviving family members, CARRIE DUMAW, KRISTEN DUMAW, MEGAN DUMAW, and ANNA DUMAW, individually; DAVID M. LEVIN and TERESA JAN LEVIN, husband and wife; RICHARD WAGONER and VALERIE WAGONER, husband and wife; THEODORE LISTER; DALE RANDALL HILL; JACK STEGALL, JR.; FELIX W. SCHUCK; INLAND NORTHWEST EQUIPMENT AUCTION, INC., d/b/a REINLAND | No. 2:18-cv-00396-SAB<br><br>**ORDER DISMISSING THE LEVIN DEFENDANTS WITH PREJUDICE** |

ORDER DISMISSING THE
LEVIN DEFENDANTS WITH PREJUDICE ~ 1

AUCTIONEERS, a Washington corporation;
REINLAND, INC., d/b/a REINLAND
EQUIPMENT AUCTION, an Idaho
corporation; REINLAND PROPERTIES, LLC,
an Idaho limited liability company; THOMAS
REINLAND and KUNYA REINLAND,
husband and wife; ASHLY REINLAND and
JOHN DOE REINLAND, husband and wife;
PACIFIC HIDE & FUR DEPOT, d/b/a
PACIFIC STEEL & RECYCLING, a
Montana corporation; PACIFIC HIDE & FUR
DEPOT, INC., a Washington corporation;
GORDON BECK and JANE DOE BECK,
husband and wife,

    Defendants.

Before the Court is Plaintiff's Motion for Voluntary Dismissal With Prejudice of Its Claims for Declaratory Relief Against Defendants Levin, ECF No. 16. Plaintiff asks the Court to dismiss its claims against the Levin Defendants. Plaintiff indicates no answer has been filed and no crossclaims have been filed by any other Defendant against the Levins. No timely opposition to the motion was filed.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Voluntary Dismissal With Prejudice of Its Claims for Declaratory Relief Against Defendants Levin, ECF NO. 16, is **GRANTED**.

//

//

**ORDER DISMISSING THE
LEVIN DEFENDANTS WITH PREJUDICE ~ 2**

//
//

2. Plaintiff's claims against Defendants David M. Levin and Teresa Jan Levin in the above-captioned case are **dismissed** with prejudice.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 6th day in May 2019.



_____
Stanley A. Bastian
United States District Judge

**ORDER DISMISSING THE
LEVIN DEFENDANTS WITH PREJUDICE ~ 3**